CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
5/30/2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MATTHEW DON BLACKWELL,** ) | |
|     Plaintiff, ) | Civil Action No. 7:24cv00049 |
| ) | |
| v. ) | OPINION and ORDER |
| ) | |
| **CUMBERLAND MOUTAIN COMM.** ) | By: Robert S. Ballou |
| **SERVS, et al.,** ) | United States District Judge |
|     Defendant. ) | |

    Matthew Don Blackwell, a Virginia inmate proceeding *pro se*, has filed what the court construes to be a timely motion for reconsideration under FED. R. CIV. P. 59(e), challenging the dismissal of his case on October 30, 2024. The arguments he makes in his motion do not appear to be related to the claims in his second amended complaint; rather, he appears to be challenging the decision in another case, in which he has also filed a motion for reconsideration, *Blackwell v. Stiltner*, et al., No. 7:24cv00271 (W.D. Va.). Because he has not stated any cognizable reason for the court to reconsider the previous opinion and order in this matter, his motion (ECF No.63) is hereby **DENIED**.

    Enter: May 30, 2025

    /s/ Robert S. Ballou
    Robert S. Ballou
    United States District Judge